ETTA AYERVAIS, Respondent, v. AARON REUBEN, Appellant, and REUBEN'S THAT'S ALL, INC., Defendant.— Judgment unanimously affirmed, with costs.

No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.